# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES A. BARNES | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-2088-S-BK |
| BSI FINANCIAL, et al. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and denies Plaintiff's *Application for Temporary Restraining Order and Temporary Injunction*.

**SO ORDERED.**

SIGNED September 24, 2019.

UNITED STATES DISTRICT JUDGE